THE STATE OF OHIO, APPELLEE, *v.* WARD, APPELLANT.

[Cite as *State v. Ward* (1996), 75 Ohio St.3d 562.]

(No. 96–238—Submitted April 15, 1996—Decided June 5, 1996.)

*Joseph T. Deters,* Hamilton County Prosecuting Attorney, and *Philip R. Cummings,* Assistant Prosecuting Attorney, for appellee.

*Fredrick E. Ward, pro se.*

---

*Per Curiam.* We affirm the judgment of the court of appeals for the reasons stated in that court's entry.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.